UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kenneth Hannibal Hart, Sr.

    v.                                                Case No. 20-cv-417-LM

Irene Brown Hart Rowe, et al.

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 8, 2021. Plaintiff's Motion to Remove Multiple Defendants (doc no. 7) is granted and preliminary review of the Complaint (1), pursuant to 28 U.S.C. §1915, shall continue only with the following defendants: Irene Brown Hart Rowe; Kenneth Leon Hart; John Doe Bank, Hawthorne, FL; Jane Doe bank teller, Hawthorne, FL; John Doe identity theft fraud impersonator, Hawthorne, FL. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice,

failure to file a specific objection to magistrate's report will waive the right to appeal).

_____
Landya B. McCafferty
Chief Judge

Date: February 2, 2021

cc: Kenneth Hannibal Hart, Sr., pro se