UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kenneth Hannibal Hart

   v.                                           Case No. 20-cv-417-LM

Irene Brown Hart Rowe, et al

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 19, 2021, and dismiss the complaint without prejudice to plaintiff re-filing it in a court of proper venue because venue over Hart's claims is not proper in this court.

                                                                    _____
                                                                     Landya B. McCafferty
                                                                     Chief Judge

Date: April 22, 2021

cc: Kenneth Hannibal Hart, Sr., pro se